In U.S. District Court, W. Dist. Mo., S. Div.

Robert Joos, Petitioner,
v.
UNITED STATES of AMERICA (USOA), Respondent.

#09-5022-01-CR-SW-RED
Re.: 2255 Petition

## Motion to Produce Withheld Evidence.

Comes now Robert Joos to move this Court to order prosecutor Kelleher to turn over copies of all the evidence he withheld from discovery, & order CD Johnson to turn over a copy of my client file, for following reasons:

1. As set forth in Facts, Ground #6 of my petition (2255), Kelleher withheld mitigating, exculpatory, & impeachment evidence from discovery, thereby denying me the right to a fair trial; and is denying me the right to expose all the lies & perjury used to falsely convict me. Said evidence includes, but is not limited to: my parole discharge papers; church files documenting The Church & my position therein; my DD-214 (showing my honorable discharge from the Air Force; pictures & video tapes of the inside of buildings where guns/ammo/explosives were allegedly found; transcripts (not cherry-picked summaries made by cops & their cohorts) of every conversation I had with Stevens, Moreland, & Howell; copies of every exhibit, whether used by prosecutor as evidence or not; copies of all pictures of all evidence, or anything else taken from Church property; copies of every letter, document, book, & picture exchanged between me & Becka Stevens; copies of every piece of paper in every file or document taken from any building on Church property; copies of every report made by every cop, agent, clerk, or USOA employee, concerning me or this case; copies of every witness interview; transcripts of both grand jury hearings; everything I requested in Document #87; anything else Kelleher withheld from discovery. I also want a copy of the record on appeal in the U.U.W. (a.k.a. concealed carry) case that the judge used to enhance my sentence; and the "machinegun" that Farnsworth testified about at sentencing needs to be brought in for examination. Not only will this evidence expose all the lies & perjury

(1 of 2)

used against me; it will also show the true nature (social acquaintance) of my association with Stevens, Moreland, & Howell; which is not the criminal conspiracy portrayed by Kelleher.

2. As set forth in Facts, Ground #3 of my Petition, Johnson did nothing to prepare a defense, & my client file will reflect this, which is why he has ignored 4 (2 U.S.D.C. & 2 8th Cir.) court orders to turn over a copy of my client file to me.

3. I need the requested evidence to prove my 2255 claims.

4. The court reporter (Jeannine Rankin) did not provide a complete transcript of prosecutor's closing statement, leaving out prosecutorial misconduct; which I believe she also left out of prosecutor's direct examination of Moreland & his cross-examination of me. I'm therefore requesting new transcripts of those 3 portions of the trial; to be made by a reporter having no connection to any of the personnel working at this courthouse.

Wherefore, I move this Court to order Kelleher & Johnson to give me copies of everything herein requested; & order new transcripts of those portions of trial as herein requested.

So stated to the best of my knowledge & belief, under penalty of perjury, 7 Jan 13, _Robert Gooze/Wayarite_.

15177013, FCI LaTuna, POB 3000, Anthony, NM 88021.



Robert Joos 15177013
Federal Correctional Institution La Tuna
Post Office Box 3000
Anthony, New Mexico 88021

RECEIVED
2013 JAN 14 AM 8:04
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

⇔ 15177-013 ⇔
Usdistrict Court
222 N JOHN Q Hammons PKWY
Springfield, MO - 65806
United States

Court ~~Correspondence~~ Correspondence

RECEIVED
JAN 11 2013
ANN THOMPSON, CLK
WESTERN DISTRICT
OF MISSOURI